UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. SMITTICK,<br><br>             Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA WORKERS COMPENSATION APPEALS BOARD,<br><br>             Defendant. | ) CASE NO. 10-02251 MMM (PJWx)<br>)<br>)<br>)<br>) JUDGMENT FOR DEFENDANT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

      On May 11, 2010, the court entered an order dismissing plaintiff's complaint for lack of subject matter jurisdiction without leave to amend. Accordingly,

      IT IS ORDERED AND ADJUDGED that the action be dismissed for lack of subject matter jurisdiction.

DATED: May 11, 2010

                                                      *Margaret M. Morrow*
                                                    MARGARET M. MORROW
                                                  UNITED STATES DISTRICT JUDGE